UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62743-CIV-ALTMAN/Hunt

**PATRICIA KENNEDY**,

    Plaintiff,
v.

**JNC HOSPITALITY, LLC**,

    Defendant.
_____/

## ORDER

**THIS MATTER** came before the Court at a Status Conference held on December 2, 2019. For the reasons stated in open court, and to better manage the orderly progress of this case, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. The parties shall, by **December 10, 2019**, engage in an informal settlement conference with one another. Counsel for all parties must confer in person or by telephone, and a representative with settlement authority for each party shall also attend or be available by telephone.

2. In addition, by **December 10, 2019**, the parties shall file a Joint Notice of Compliance with this Order and briefly indicate the result of the settlement conference. If this case does not resolve by settlement by December 10, 2019, the Court will set this matter for an additional status conference to take place on December 17, 2019 at 9:30 AM.

3. Within the next two business days, the Plaintiff is directed to serve a copy of this Order on any of the Defendants who have not yet appeared in this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 2nd day of December 2019.

                                                  **ROY K. ALTMAN**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record